# UNITED STATES DISTRICT COURT
for the
Eastern District of California



FILED
NOV 27 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) |
| ELIZABETH MARTINEZ, | ) Case No. 1:19-mj-00222-BAM |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant shall comply with the District of Wyoming; August 7, 2019 Order to Compel (Docket 32);

(2) The defendant shall notify the Court and defendant's counsel of any change of address; and

(3) The defendant must appear at:   U.S. District Court, 2120 Capitol Avenue, Cheyenne, WY 82001
*Place*

U.S. DISTRICT JUDGE ALAN. B. JOHNSON in Courtroom No. 2 (Room No. 2116)
on                              DECEMBER 19, 2019 at 9:00 AM
*Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 11-27-19

_____
*Defendant's signature*

Date: 11/27/19

_____
*Judicial Officer's Signature*

BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE
*Printed name and title*